# EXHIBIT "B"

| FIVE YEAR PROJECTION | 3/9/2016 | 7/21/15 | January | February | March | April | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2016 | | | | May | June | July | August |
| Assumes May 1, 2016 Plan start | 88,345.7 | | | | | | | | | |
| ARIO CASH FLOW FORECAST | | | | | | | | | | |
| Starting Cash | | | 100.00 | 100.00 | 77,601.28 | -30,825.72 | 33,424.28 | 37,934.25 | 27,492.98 | 22,100.49 |
| Due from PFC | | | | | | | | | | |
| PFC Advance | | | | | | | | | | |
| Equity Investment | | | | | | | 25,000.00 | | | |
| Fees Collected | 6.500% | | | 16,863.59 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 |
| Loans Collected | | | | 60,637.69 | 100,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | | | | | 25,323.00 | 50,000.00 | 25,000.00 | | | |
| Receipts | | 0.00 | 0.00 | 77,501.28 | 141,573.00 | 316,250.00 | 291,250.00 | 266,250.00 | 266,250.00 | 266,250.00 |
| Administrative Fees and Costs | 2,000.0 | | | | | -2,000.00 | -15,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Buy Loans from PFC | 250,000.0 | | | | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | | | | | | | | | |
| Pay to Creditors | 60 | | | | | | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 |
| Overhead | -5,000.0 | | | | | | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Pay off long term note | 60 | | | | | | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note | 6.0% | | | | | | -2,926.22 | -2,877.45 | -2,828.68 | -2,779.91 |
| Disbursements | | 0.00 | 0.00 | 0.00 | -250,000.00 | -252,000.00 | -286,740.03 | -276,691.26 | -271,642.49 | -271,593.72 |
| Net Cash Flow | | 0.00 | 0.00 | 77,501.28 | -108,427.00 | 64,250.00 | 4,509.97 | -10,441.26 | -5,392.49 | -5,343.72 |
| ENDING CASH BALANCE | | 0.00 | 100.00 | 77,601.28 | -30,825.72 | 33,424.28 | 37,934.25 | 27,492.98 | 22,100.49 | 16,756.77 |

| FIVE YEAR PROJECTION | | September | October | November | December | 2017 January | February | March | April | May |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2016 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Assumes May 1, 2016 Plan start | 88,345.7 | | | | | | | | | |
| ARIO CASH FLOW FORECAST | | | | | | | | | | |
| Starting Cash | | 16,756.77 | 11,461.82 | 6,215.63 | 1,018.22 | 10,231.89 | 5,132.02 | 80.92 | 65,078.59 | 60,125.03 |
| Due From PFC | | | | | | | | | | |
| PFC Advance | | | | | 75,000.00 | | | | | |
| Equity Investment | | | | | | | | | | |
| Fees Collected | 6.500% | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 |
| Loans Collected | | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | | | | | | | | 70,000.00 | | |
| Receipts | | 266,250.00 | 266,250.00 | 266,250.00 | 341,250.00 | 266,250.00 | 266,250.00 | 336,250.00 | 266,250.00 | 266,250.00 |
| Administrative Fees and Costs | 2,000.0 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 |
| Buy Loans from PFC | 250,000.0 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | | | | -60,637.69 | | | | | |
| Pay to Creditors | 60 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Overhead | -5,000.0 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Pay off long term note | 60 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note | 6.0% | -2,731.14 | -2,682.37 | -2,633.60 | -2,584.83 | -2,536.06 | -2,487.28 | -2,438.51 | -2,389.74 | -2,340.97 |
| Disbursements | | -271,544.95 | -271,496.18 | -271,447.41 | -332,036.33 | -271,349.87 | -271,301.10 | -271,252.33 | -271,203.56 | -271,154.79 |
| Net Cash Flow | | -5,294.95 | -5,246.18 | -5,197.41 | 9,213.67 | -5,099.87 | -5,051.10 | 64,997.67 | -4,953.56 | -4,904.79 |
| ENDING CASH BALANCE | | 11,461.82 | 6,215.63 | 1,018.22 | 10,231.89 | 5,132.02 | 80.92 | 65,078.59 | 60,125.03 | 55,220.24 |

| FIVE YEAR PROJECTION | 3/9/2016 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Assumes May 1, 2016 Plan start | 88,345.7 | June | July | August | September | October | November | December | January 2018 | February |
| ARIO CASH FLOW FORECAST | | | | | | | | | | |
| Starting Cash | | 55,220.24 | 50,364.22 | 45,556.97 | 40,798.49 | 36,088.78 | 31,427.85 | 26,815.68 | 22,252.28 | 17,737.65 |
| Due from PFC | | | | | | | | | | |
| PFC Advance | | | | | | | | | | |
| Equity Investment | | | | | | | | | | |
| Fees Collected | 6.500% | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 |
| Loans Collected | | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | | | | | | | | | | |
| Receipts | | 266,250.00 | 266,250.00 | 266,250.00 | 266,250.00 | 266,250.00 | 266,250.00 | 266,250.00 | 266,250.00 | 266,250.00 |
| Administrative Fees and Costs | 2,000.0 | | | | | | | | | |
| Buy Loans from PFC | 250,000.0 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Pay to Creditors | 60 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 |
| Overhead | -5,000.0 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Pay off long term note | 60 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note | 6.0% | -2,292.20 | -2,243.43 | -2,194.66 | -2,145.89 | -2,097.12 | -2,048.35 | -1,999.58 | -1,950.81 | -1,902.04 |
| Disbursements | | -271,106.02 | -271,057.25 | -271,008.48 | -270,959.71 | -270,910.94 | -270,862.17 | -270,813.40 | -270,764.63 | -270,715.86 |
| Net Cash Flow | | -4,856.02 | -4,807.25 | -4,758.48 | -4,709.71 | -4,660.94 | -4,612.17 | -4,563.40 | -4,514.63 | -4,465.86 |
| ENDING CASH BALANCE | | 50,364.22 | 45,556.97 | 40,798.49 | 36,088.78 | 31,427.85 | 26,815.68 | 22,252.28 | 17,737.65 | 13,271.80 |

| FIVE YEAR PROJECTION 3/9/2016 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Assumes May 1, 2016 Plan start 88,345.7 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
| | December | January 2019 | February | March | April | May | June | July | August |
| ARIO CASH FLOW FORECAST | | | | | | | | | |
| Starting Cash | 35,406.06 | 41,181.97 | 47,006.64 | 52,880.08 | 58,802.30 | 64,773.28 | 70,793.04 | 76,861.57 | 82,978.86 |
| Due from PFC | | | | | | | | | |
| PFC Advance | | | | | | | | | |
| Equity Investment | | | | | | | | | |
| Fees Collected 6.500% | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 |
| Loans Collected | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 |
| Receipts | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 |
| Administrative Fees and Costs 2,000.0 | | | | | | | | | |
| Buy Loans from PFC 250,000.0 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | | | | | | | | |
| Pay to Creditors 60 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 |
| Overhead -5,000.0 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Pay off long term note 60 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note 6.0% | -1,414.34 | -1,365.57 | -1,316.80 | -1,268.03 | -1,219.26 | -1,170.49 | -1,121.72 | -1,072.95 | -1,024.18 |
| Disbursements | -270,228.15 | -270,179.38 | -270,130.61 | -270,081.84 | -270,033.07 | -269,984.30 | -269,935.53 | -269,886.76 | -269,837.99 |
| Net Cash Flow | 5,775.90 | 5,824.67 | 5,873.44 | 5,922.21 | 5,970.98 | 6,019.76 | 6,068.53 | 6,117.30 | 6,166.07 |
| ENDING CASH BALANCE | 41,181.97 | 47,006.64 | 52,880.08 | 58,802.30 | 64,773.28 | 70,793.04 | 76,861.57 | 82,978.86 | 89,144.93 |

| FIVE YEAR PROJECTION | 3/9/2016 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 |
|---|---|---|---|---|---|---|---|---|---|---|
| Assumes May 1, 2016 Plan start | 88,345.7 | September | October | November | December | January 2020 | February | March | April | May |
| ARIO CASH FLOW FORECAST | | | | | | | | | | |
| Starting Cash | | 89,144.93 | 95,359.76 | 101,623.37 | 107,935.75 | 114,296.89 | 120,706.81 | 127,165.50 | 133,672.96 | 5,866.88 |
| Due from PFC | | | | | | | | | | |
| PFC Advance | | | | | | | | | | |
| Equity Investment | | | | | | | | | | |
| Fees Collected | 6.500% | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 |
| Loans Collected | | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 |
| Receipts | | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 |
| Administrative Fees and Costs | 2,000.0 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 |
| Buy Loans from PFC | 250,000.0 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | | | | | | | | -134,362.31 | |
| Pay to Creditors | 60 | | | | | | | | | |
| Overhead | -5,000.0 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Pay off long term note | 60 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note | 6.0% | -975.41 | -926.64 | -877.87 | -829.09 | -780.32 | -731.55 | -682.78 | -634.01 | -585.24 |
| Disbursements | | -269,789.22 | -269,740.45 | -269,691.68 | -269,642.91 | -269,594.14 | -269,545.37 | -269,496.60 | -403,810.14 | -269,399.06 |
| Net Cash Flow | | 6,214.84 | 6,263.61 | 6,312.38 | 6,361.15 | 6,409.92 | 6,458.69 | 6,507.46 | -127,806.08 | 6,605.00 |
| ENDING CASH BALANCE | | 95,359.76 | 101,623.37 | 107,935.75 | 114,296.89 | 120,706.81 | 127,165.50 | 133,672.96 | 5,866.88 | 12,471.87 |

| FIVE YEAR PROJECTION | | June | July | August | September | October | November | December | January 2021 | February |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2016 | | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 |
| Assumes May 1, 2016 Plan start | | | | | | | | | | |
| 88,345.7 | | | | | | | | | | |
| ARIO CASH FLOW FORECAST | | | | | | | | | | |
| Starting Cash | | 12,471.87 | 19,125.64 | 25,828.18 | 32,579.49 | 39,379.57 | 46,228.42 | 53,126.04 | 60,072.43 | 67,067.59 |
| Due from PFC | | | | | | | | | | |
| PFC Advance | | | | | | | | | | |
| Equity Investment | | | | | | | | | | |
| Fees Collected | 6.500% | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 | 16,250.00 |
| Loans Collected | | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 | 9,754.06 |
| Receipts | | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 | 276,004.06 |
| Administrative Fees and Costs | 2,000.0 | | | | | | | | | |
| Buy Loans from PFC | 250,000.0 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | | | | | | | | | |
| Pay to Creditors | 60 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 | -4,059.76 |
| Overhead | -5,000.0 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 | -5,000.00 |
| Pay off long term note | 60 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note | 6.0% | -536.47 | -487.70 | -438.93 | -390.16 | -341.39 | -292.62 | -243.85 | -195.08 | -146.31 |
| Disbursements | | -269,350.29 | -269,301.52 | -269,252.75 | -269,203.98 | -269,155.21 | -269,106.44 | -269,057.67 | -269,008.90 | -268,960.13 |
| Net Cash Flow | | 6,653.77 | 6,702.54 | 6,751.31 | 6,800.08 | 6,848.85 | 6,897.62 | 6,946.39 | 6,995.16 | 7,043.93 |
| ENDING CASH BALANCE | | 19,125.64 | 25,828.18 | 32,579.49 | 39,379.57 | 46,228.42 | 53,126.04 | 60,072.43 | 67,067.59 | 74,111.53 |

| FIVE YEAR PROJECTION | 3/9/2016 | 59 | 60 |
|---|---|---|---|
| Assumes May 1, 2016 Plan start | | March | April |
| ARIO CASH FLOW FORECAST | 88,345.7 | | |
| Starting Cash | | 74,111.53 | 81,204.23 |
| Due from PFC | | | |
| PFC Advance | | | |
| Equity Investment | | | |
| Fees Collected | 6.500% | 16,250.00 | 16,250.00 |
| Loans Collected | | 250,000.00 | 250,000.00 |
| Release of Cash Collateral | | 9,754.06 | 9,754.06 |
| Receipts | | 276,004.06 | 276,004.06 |
| Administrative Fees and Costs | 2,000.0 | | |
| Buy Loans from PFC | 250,000.0 | -250,000.00 | -250,000.00 |
| Repay PFC Advance | | | 0.00 |
| Pay to Creditors | 60 | -4,059.76 | -4,059.76 |
| Overhead | -5,000.0 | -5,000.00 | -5,000.00 |
| Pay off long term note | 60 | -9,754.06 | -9,754.06 |
| Interest on Long Term Note | 6.0% | -97.54 | -48.77 |
| Disbursements | | -268,911.36 | -268,862.59 |
| Net Cash Flow | | 7,092.70 | 7,141.47 |
| ENDING CASH BALANCE | | 81,204.23 | 88,345.70 |

# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF _New Jersey_

In re A Medi Resource Technologies, Inc          Case No. _15 - 23617_
                                                 Reporting Period: _February 2016_

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | x | |
| Schedule of Professional Fees Paid | MOR-1b | ~ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                      Date


_____          _____
Signature of Joint Debtor                Date
                                              3-9-16
_____          _____
Signature of Authorized Individual*      Date  President

   WILLIAM P ROBINS
_____          _____
Printed Name of Authorized Individual    Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re **AMERI RESOURCE TECHNOLOGIES, INC**
_____ Debtor

Case No. **15-23617**
Reporting Period: **FEBRUARY 2016**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | 100 | 2873 | 100 | 0 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | 77501 | 72660 | 77501 | 190667 |
| LOANS AND ADVANCES | | | | | | 15000 | | 150375 |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| INTEREST | | | | | | 36667 | | 91667 |
| TOTAL RECEIPTS | | | | | 124333 | 77501 | 462706 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| MINISTRATIVE | | | | | 23375 | | 46750 |
| ..JING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| C(K1) MRNG | | | | | 100,000 | | 400,000 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| CREDITORS | | | | | 1500 | | 3000 |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | 124875 | | 459975 |
| NET CASH FLOW | | | | | ~ 542 | 77501 | ~ 3983 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | 77601 | 2331 | 77501 | 2331 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ 70000 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 70000 |

In re _AMERI RESOURCE TECHNOLOGIES, INC_          Case No. _15 - 23617_
          Debtor          Reporting Period: _FEBRUARY 2016_

### BANK RECONCILIATIONS
#### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

|  | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
|  | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| **BANK BALANCE** | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re: Ameri Resource Tech Holdings, Inc
_____
Debtor

Case No. 15-23617
Reporting Period: February 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid This Month Fees | Amount Paid This Month Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| B Hoffmaster | | | | | | | | 5000 | |

FORM MOR-1b
(04/07)

In re _AMERI RESOURCE TECHNOLOGIES, INC_          Case No. _15 - 23617_
       Debtor          Reporting Period: _FEBRUARY 2016_

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF 'OTHER' CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re  _Ameri Resource Technologies, Inc._
    Debtor

Case No. _15-23617_
Reporting Period: _February 2016_

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ 16 863 | $ 52 873 |
| Less: Returns and Allowances | | |
| Net Revenue | $ 16 863 | $ 52 873 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add. Cost of Labor | | |
| Add: Other Costs (attach schedule)  Origination Fee | | - 10 362 |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 16 863 | 42 511 |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 16 863 | 42 511 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | 16 863 | 42 511 |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ 16 863 | $ 42 186 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re _Alpha Resource Technologies, Inc_
Debtor

Case No. 15-23617
Reporting Period: February 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 77501 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 395873 | 343,000 |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ 473374 | $ 343000 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | 473374 | 343000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 585243 | 585243 |
| Priority Debt | | |
| Unsecured Debt | 786170 | 786170 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 1371413 | $ 1371413 |
| *TOTAL LIABILITIES* | $ 1371413 | $ 1371413 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-in Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 343000 | 343000 |
| Retained Earnings - Postpetition | 52873 | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ -343000 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

"Insider" is defined in 11 U.S.C. Section 101(31).

- 502,166                    -1,028,413

FORM MOR-3
(04/07)

In re

Debtor _A Medi Resource Technologies, Inc._

Case No. _15-23617_

Reporting Period: _February 2016_

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re _Ameri Resource Technologies, Inc._    Case No. _15-23617_
_____Debtor_____    Reporting Period: _February 2016_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | |
|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | |
| Wages Payable | | | | | |
| Taxes Payable | | | | | |
| Rent/Leases-Building | | | | | |
| Rent/Leases-Equipment | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | |
| Professional Fees | | | | | |
| Amounts Due to Insiders* | | | | | |
| Other: | | | | | |
| Other: | | | | | |
| Total Postpetition Debts | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re _Amedia Resource Technologies, Inc._
_____Debtor_____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

```
                                                    PAGE:    1
                              ACCOUNT:   1000022366  02/29/2016




              Ameriresource Technologies, Inc
              Debtor-In-Possession                        30
              One Palmer Square Ste315                      0
              Princeton NJ  08542                           0


    ==============================================================
    Chambers Office                    TELEPHONE:609-921-6800
    21 Chambers Street
    Princeton, NJ 08542
    ==============================================================
                   No Fee Checking?  YES...Really!
         Only $50 to open an account | No minimum balance | Free ATM card
                   Plus free online & telephone banking!
              www.thebankofprinceton.com | www.morebankusa.com
                   NJ 609.921.1700 * PA 215.224.6400
    ==============================================================
              Wise Business Checking ACCOUNT 1000022366
    ==============================================================
         DESCRIPTION          DEBITS     CREDITS   DATE       BALANCE

    BALANCE LAST STATEMENT ......................... 01/29/16      100.00
    Incoming Wire 18508245 CMC CONTRACTING LLC  77,501.28 02/18/16   77,601.28   000090000031
    Incoming Wire Fee 18508245    25.00            02/18/16   77,576.28   000090000073
    BALANCE THIS STATEMENT ......................... 02/29/16   77,576.28

    TOTAL CREDITS      (1)     77,501.28
    TOTAL DEBITS       (1)         25.00

              - - - - - - - - - I N T E R E S T - - - - - - - - - -

    AVERAGE LEDGER BALANCE:          .00  INTEREST EARNED:        .00
    INTEREST PAID THIS PERIOD:       .00  DAYS IN PERIOD:
                                          ANNUAL PERCENTAGE YIELD EARNED:  .00%
                   * * * C O N T I N U E D * * *


                                                    PAGE:    2
                              ACCOUNT:   1000022366  02/29/2016




              Ameriresource Technologies, Inc

    ==============================================================
              Wise Business Checking ACCOUNT 1000022366
    ==============================================================

         - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

         **********************************************************
         *                      |  TOTAL FOR  |    TOTAL       *
         *                      |  THIS PERIOD |  YEAR TO DATE  *
```

```
*----------------------------------------------------------*
* TOTAL OVERDRAFT FEES:        |        $.00    |        $.00    *
*----------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:    |        $.00    |        $.00    *
************************************************************
```

**Balancing Your Checking Account**

This form will assist you in balancing your checking account. Please complete all the information
for the Statement Balance and Register Balance forms, and click the Calculate Balance buttons
near the bottom of the page. **When the Adjusted Statement and Adjusted Check Register Balances at
the bottom of the page equals each other, you have balanced your checking account.** If they do not equal
each other, make sure all the information entered is correct and complete, and calculate and
compare balances again.

| Statement Balance Adjustment | Register Balance Adjustment |
|---|---|
| **Step 1: Enter Ending Balance of Statement:** | **Step 1: Enter Check Register Balance:** |
| | |
| **Step 2:** Go through your check copies/stubs or check register and mark off each check listed as paid, as well as deposits and withdrawals, on your statement. If you have written a check, deposited funds/money, or made withdrawals not listed on your statement, follow the instructions below to complete the fill-in section. <ul><li>Enter type of transaction (unpaid checks, deposits, and withdrawals) shown in your register and not on your statement.</li><li>Enter amount of the transaction</li><li>The BALANCE column is computed for you when you click the CALCULATE BALANCE button near the bottom of the page</li></ul> | **Step 2:** Go through your checkbook register and compare recorded items to your statement. If ATM transactions, interest, fees/charges, incoming transfers (to your checking account), and outgoing transfers (from your checking account) are not recorded already in your checkbook register, follow the instructions below to complete the fill-in section. <ul><li>Enter type of transaction (ATM, interest, fee/charge, and transfers) shown on your statement and not in your register.</li><li>Enter amount of the transaction</li><li>The BALANCE column is computed for you when you click the CALCULATE BALANCE button near the bottom of the page</li></ul> |

| Transaction | Amount | Balance | Transaction | Amount | Balance |
|---|---|---|---|---|---|
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | | ATM Deposit ⌄ | | |
| ATM Deposit ⌄ | | . | ATM Deposit ⌄ | | |

| **Step 3:** Click "Calculate Balance", and your final account balance will be displayed. | **Step 3:** Click "Calculate Balance", and your final book balance will be displayed. |
|---|---|
| [Calculate Balance]  [Reset Form] | [Calculate Balance]  [Reset Form] |
| **Adjusted Statement Balance:** | **Adjusted Check Register Balance:** |