UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF **BRIAN W. HOFMEISTER**, LLC
By: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for AmeriResource Technologies, Inc.

In Re:

AMERIRESOURCE TECHNOLOGIES, INC.

Case No.: 15-23617

Hearing Date: April 26, 2016

Judge: Kathryn C. Ferguson

## ORDER TO MODIFY SCHEDULED CLAIM OF MARTY BERTO

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Debtor: AmeriResource Technologies, Inc.

Case No: 15-23617 (KCF)

Caption of Order: Order to Modify Scheduled Claim of Marty Berto

---

This matter being opened to the Court by the Law Firm of Brian W. Hofmeister, LLC, attorneys for AmeriResource Technologies, Inc. ("Debtor"); and it appearing that a Notice of Motion for an Order to Modify Scheduled Claim of Marty Berto; and notice having been given to all interested parties; and good cause appearing for the making of this Order;

**ORDERED** that:

1. The scheduled claim of Marty Berto in the sum of $10,000.00 be and is hereby modified to an equity holder.