| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>691 State Highway 33<br>Trenton, New Jersey 08619<br>(609) 890-1500<br>(609) 890-6961 - facsimile<br>bwh@hofmeisterfirm.com<br>Attorneys for AmeriResource Technologies, Inc. | |
| In Re:<br><br>AMERIRESOURCE TECHNOLOGIES, INC. | Case No.: 15-23617<br><br>Hearing Date: April 26, 2016<br><br>Judge: Kathryn C. Ferguson |

ORDER TO EXPUNGE SCHEDULED CLAIM OF THE NIR GROUP

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Debtor: AmeriResource Technologies, Inc.

Case No: 15-23617 (KCF)

Caption of Order: Order to Expunge Scheduled Claim of NIR Group

This matter being opened to the Court by the Law Firm of Brian W. Hofmeister, LLC, attorneys for AmeriResource Technologies, Inc. ("Debtor"); and it appearing that a Notice of Motion for an Order to Expunge Scheduled Claim of NIR Group; and notice having been given to all interested parties; and good cause appearing for the making of this Order;

**ORDERED** that:

1. The scheduled claim of NIR Group in the sum of $234,000.00 be and is hereby expunged.