UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for AmeriResource Technologies, Inc.

| In Re: | Case No.: 15-23617 |
|---|---|
| AMERIRESOURCE TECHNOLOGIES, INC. | Hearing Date: May 26, 2016 |
| | Judge: Kathryn C. Ferguson |

ORDER TO MODIFY CLAIM OF MARILYN JAROVEC, CLAIM NOS. 8 AND 9

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Debtor: AmeriResource Technologies, Inc.

Case No: 15-23617 (KCF)

Caption of Order: Order to Modify Claim of Marilyn Jarovec, Claim Nos. 8 and 9

---

This matter being opened to the Court by the Law Firm of Brian W. Hofmeister, LLC, attorneys for AmeriResource Technologies, Inc. ("Debtor"); and it appearing that a Notice of Motion for an Order to Modify Claim of Marilyn Jarovec, Claim Nos. 8 and 9; and notice having been given to all interested parties; and good cause appearing for the making of this Order;

**ORDERED** that:

1. The claims of Marilyn Jarovec, Claim Nos. 8 and 9 be and are hereby modified as being an insider claims and subordinated to general unsecured claims.