

| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| |
| LAW FIRM OF BRIAN W. HOFMEISTER, LLC |
| By: Brian W. Hofmeister, Esq. |
| 691 State Highway 33 |
| Trenton, New Jersey 08619 |
| (609) 890-1500 |
| (609) 890-6961 - facsimile |
| bwh@hofmeisterfirm.com |
| Attorneys for AmeriResource Technologies, Inc. |

Order Filed on April 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 15-23617 |
| AMERIRESOURCE TECHNOLOGIES, INC. | Hearing Date: April 26, 2016 |
| | Judge: Kathryn C. Ferguson |

ORDER TO MODIFY CLAIM OF DOUGLAS HORTON, CLAIM NO. 2

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: AmeriResource Technologies, Inc.

Case No: 15-23617 (KCF)

Caption of Order: Order to Modify Claim of Douglas Horton, Claim No. 2

---

This matter being opened to the Court by the Law Firm of Brian W. Hofmeister, LLC, attorneys for AmeriResource Technologies, Inc. ("Debtor"); and it appearing that a Notice of Motion for an Order to Modify Claim of Douglas Horton, Claim No. 2; and notice having been given to all interested parties; and good cause appearing for the making of this Order;

**ORDERED** that:

1. The secured claim of Douglas Horton, Claim No. 2 in the sum of $1,000.00 be and is hereby modified to an equity holder.