UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for AmeriResource Technologies, Inc.



Order Filed on April 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 15-23617 |
|---|---|
| AMERIRESOURCE TECHNOLOGIES, INC. | Hearing Date: April 26, 2016 |
| | Judge: Kathryn C. Ferguson |

ORDER TO EXPUNGE SCHEDULED CLAIM OF THE NIR GROUP

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: AmeriResource Technologies, Inc.

Case No: 15-23617 (KCF)

Caption of Order: Order to Expunge Scheduled Claim of NIR Group

This matter being opened to the Court by the Law Firm of Brian W. Hofmeister, LLC, attorneys for AmeriResource Technologies, Inc. ("Debtor"); and it appearing that a Notice of Motion for an Order to Expunge Scheduled Claim of NIR Group; and notice having been given to all interested parties; and good cause appearing for the making of this Order;

**ORDERED** that:

1. The scheduled claim of NIR Group in the sum of $234,000.00 be and is hereby expunged.