UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for Debtor

**Order Filed on September 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 15-23617- KCF |
| AMERIRESOURCE TECHNOLOGIES, INC. | Chapter 11 |
| | Judge: Kathryn C. Ferguson |

## ORDER CLOSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 14, 2016

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: AmeriResource Technologies

Case No: 15-23617 (KCF)

Caption of Order: Order Closing Case

---

Upon consideration of the Motion of AmeriResource Technologies ("Debtor") by and through its attorneys, Law Firm of Brian W. Hofmeister, LLC, for entry of an Order Closing Case, and good cause appearing;

ORDERED:

1. That the above-captioned Chapter 11 case be and is hereby closed.

2. That within thirty (30) days following the entry of this Order, the Debtor shall file any outstanding quarterly reports through the date of this Order and pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6) to the Office of the United States Trustee.

3. That should the Debtor fail to comply with this Order, the case will be reopened nunc pro tunc to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case.