UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for Debtor



**Order Filed on September 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

AMERIRESOURCE TECHNOLOGIES, INC.

Case No.: 15-23617- KCF

Chapter 11

Judge: Kathryn C. Ferguson

**ORDER CLOSING CASE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 14, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: AmeriResource Technologies

Case No: 15-23617 (KCF)

Caption of Order: Order Closing Case

---

Upon consideration of the Motion of AmeriResource Technologies ("Debtor") by and through its attorneys, Law Firm of Brian W. Hofmeister, LLC, for entry of an Order Closing Case, and good cause appearing;

ORDERED:

1. That the above-captioned Chapter 11 case be and is hereby closed.

2. That within thirty (30) days following the entry of this Order, the Debtor shall file any outstanding quarterly reports through the date of this Order and pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6) to the Office of the United States Trustee.

3. That should the Debtor fail to comply with this Order, the case will be reopened <u>nunc</u> <u>pro</u> <u>tunc</u> to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-23617-KCF
AmeriResource Technologies, Inc.                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
db           +AmeriResource Technologies, Inc.,    One Palmer Square,   Suite 315,   Princeton, NJ 08542-3718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:
              Brian W. Hofmeister    on behalf of Debtor    AmeriResource Technologies, Inc.
               bwh@hofmeisterfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2